Docusign Envelope ID: B8420503-EB22-8646-82B4-2E36E23AF900

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT LAUDERDALE DIVISION**

NIKHIL BHASIN,

      Plaintiff,

                                  **CASE NO. 0:26-cv-60013-PMH**

v.

EQUIFAX INFORMATION SERVICES,
LLC; and TRANSUNION, LLC;

      Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC

Plaintiff Nikhil Bhasin and Defendant Trans Union, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Voluntary Dismissal with Prejudice with regards to Defendant Trans Union, LLC. Plaintiff and Defendant Trans Union, LLC shall each bear their own attorneys' fees and costs.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

/s/

Nikhil Bhasin

bhasin.nick@gmail.com
412 West Palm Aire Drive
Pompano Beach, Florida
33069-5544
Telephone: (908) 530-8868
*Plaintif Pro Se*

/s/ *Victor Silva*

VICTOR SILVA, ESQ.
Florida Bar No. 1059856
E-mail: victor.silva@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Phone: 813-222-1155
*Counsel for Trans Union, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

NIKHIL BHASIN, Plaintiff pro se
412 W PALM AIRE DRIVE
POMPANO BEACH FL 33069-5544
Telephone: (908) 530-8868
Email: bhasin.nick@gmail.com

/s/ *Victor Silva, Esq.*
Counsel for Trans Union, LLC