UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 26-60013-CIV-HUNT

NIKHIL BHASIN,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,
and TRANSUNION LLC,

                Defendants.

_____/

## ORDER OF DISMISSAL

This cause is before this Court upon the Stipulation of Dismissal jointly filed by Plaintiff Nikhil Bhasin and Defendant Trans Union LLC.  ECF No. 24.  Upon consideration, it is hereby ORDERED that

1.  This action is DISMISSED WITH PREJUDICE as to Defendant Trans Union LLC, with each party bearing their own costs and attorney's fees.

2.  This case is CLOSED.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on the 5th day of June 2026.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Nikhil Bhasin, *pro se*
412 W Palm Aire Drive
Pompano Beach, FL 33069